No. 753 August 5, 2026 87

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Pearce Lane LECKENBY,
*Plaintiff-Respondent,*

*v.*

OREGON STATE HOSPITAL
and Oregon Health Authority,
*Defendants-Appellants.*

Washington County Circuit Court
25CN01633, 25CN01632; A188069 (Control), A188070

Rebecca D. Guptill, Judge.

Submitted June 12, 2026.

Dan Rayfield, Attorney General, Paul L. Smith, Solicitor General, and Jose Garcia-Fuerte, Assistant Attorney General, filed the brief for appellants.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.*

PER CURIAM

Reversed. *Lopez v. Oregon State Hospital*, 342 Or App 190, 196-99, 575 P3d 1061 (2025).

_____

* Determined by a two-judge department as authorized by ORS 2.570(2)(b).